**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

In Re:   LINDA ANNE MECCA
         LINDA MECCA, LINDA A.
         MECCA

                    Debtor(s)              CHAPTER 13

         JACK N. ZAHAROPOULOS
         CHAPTER 13 TRUSTEE
                    Movant
         vs.                               CASE NO: 5-22-01977-MJC
         LINDA ANNE MECCA
         LINDA MECCA, LINDA A.
         MECCA

                    Respondent(s)


**TRUSTEE'S MOTION TO DISMISS CASE**


AND NOW, on July 25, 2023, Jack N. Zaharopoulos, Standing Chapter 13 Trustee, through his attorney, Agatha R. McHale, Esquire, and moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case in accordance with 11 U.S.C. Section 1307(c), due to material default by the debtor(s) with respect to the terms of the plan.

Notice of hearing and other instructions are included with this Motion.

WHEREFORE, your Trustee prays that this Honorable Court enter an Order dismissing the above-captioned case in accordance with 11 U.S.C. Section 1307(c).


Dated:    July 25, 2023                    Respectfully submitted,

                                           /s/   Agatha R. McHale, Esquire
                                           ID:  47613
                                           Attorney for Movant
                                           Jack N. Zaharopoulos
                                           Standing Chapter 13 Trustee
                                           Suite A, 8125 Adams Drive
                                           Hummelstown, PA 17036
                                           Phone:  (717) 566-6097
                                           email:  amchale@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

In Re:    LINDA ANNE MECCA
           LINDA MECCA, LINDA A.
           MECCA

                               Debtor(s)              CHAPTER 13

           JACK N. ZAHAROPOULOS
           CHAPTER 13 TRUSTEE
                         Movant
           vs.                                CASE NO: 5-22-01977-MJC
           LINDA ANNE MECCA
           LINDA MECCA, LINDA A.
           MECCA

                         Respondent(s)

**NOTICE**

NOTICE IS HEREBY GIVEN THAT Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, through his attorney, Agatha R. McHale, Esquire, has filed a Motion to Dismiss for failure to make timely payments pursuant to your Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a HEARING with the Court has been scheduled on this motion. Any matters not resolved shall be heard at the dismissal hearing.

        August 24, 2023 at 10:00 AM
        U.S. Bankruptcy Court
        Max Rosenn U.S. Courthouse
        197 S. Main Street
        Wilkes Barre, PA

YOU ARE FURTHER NOTICED that you MUST attend the dismissal hearing unless one of the following takes place.

1.  You have paid the following and have confirmed payment with Trustee Zaharopoulos's office.
      **AMOUNT DELINQUENT AS OF LAST MONTH: $ 1,050.00**
      **AMOUNT DUE FOR THIS MONTH: $350.00**
      **TOTAL AMOUNT DUE <u>BEFORE</u> HEARING DATE: $1,400.00**

**NOTE:**
      **ALL payments must be made by CERTIFIED CHECK, MONEY ORDER or through TFSBILLPAY.COM. NO PERSONAL CHECKS OR CASH WILL BE ACCEPTED!**

      **DO NOT** send your payments REGISTERED, CERTIFIED, FEDERAL EXPRESS, UPS, or by any other special delivery service. Doing so will delay processing of your payment and **may result in dismissal of your case.**

**If submitting payment by U.S. First Class Mail** mail to:
        **CHAPTER 13 TRUSTEE, PO BOX 6008, MEMPHIS, TN 38101-6008**

If **submitting payment using TFSBILLPAY.COM** please **allow 5 business days** for payment to be applied.

2. You have entered into a valid stipulation with Trustee Zaharopoulos and that stipulation has been filed with the court, or

3. You have filed a voluntary conversion or a voluntary case dismissal with the U.S. Bankruptcy Court and have served a copy of that motion upon Trustee Zaharopoulos.

**FAILURE TO COMPLY WITH THE ABOVE WILL RESULT IN YOUR CHAPTER 13 CASE BEING CALLED FOR DISMISSAL HEARING WITH THE COURT ON THE DATE AND TIME AS SPECIFIED IN THIS NOTICE.  THIS MAY RESULT IN DISMISSAL OF YOUR CASE.**

Dated:    July 25, 2023            Respectfully submitted,

                              /s/   Agatha R. McHale, Esquire
                              ID:  47613
                              Attorney for Movant
                              Jack N. Zaharopoulos
                              Standing Chapter 13 Trustee
                              Suite A, 8125 Adams Drive
                              Hummelstown, PA 17036
                              Phone:  (717) 566-6097
                              email:  info@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

In Re:   LINDA ANNE MECCA
         LINDA MECCA, LINDA A.
         MECCA

                      Debtor(s)           CHAPTER 13

         JACK N. ZAHAROPOULOS
         CHAPTER 13 TRUSTEE
                      Movant

vs.                          CASE NO: 5-22-01977-MJC
         LINDA ANNE MECCA
         LINDA MECCA, LINDA A.
         MECCA

                      Respondent(s)

**<u>CERTIFICATE OF SERVICE</u>**

I certify that I am more than 18 years of age and that on July 25, 2023, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties from Hummelstown, PA, unless served electronically.

<u>Served Electronically</u>

TULLIO DeLUCA, ESQUIRE
381 N 9TH AVENUE
SCRANTON PA  18504-

UNITED STATES TRUSTEE
1501 NORTH 6TH STREET
PO BOX 302
HARRISBURG PA  17102

<u>SERVED BY FIRST CLASS MAIL</u>

LINDA ANNE MECCA
318 ELIZABETH STREET
DUNMORE  PA  18512

I certify under penalty of perjury that the foregoing is true and correct.

Date:  July 25, 2023             /s/  Matt Arcuri
                                 Office of the Standing Chapter 13 Trustee
                                 Jack N. Zaharopoulos
                                 Suite A, 8125 Adams Dr.
                                 Hummelstown, PA  17036
                                 Phone:  (717) 566-6097
                                 email: info@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:    LINDA ANNE MECCA
             AKA: LINDA MECCA, LINDA A.
             MECCA

                                    CHAPTER 13

                  Debtor(s)

             JACK N. ZAHAROPOULOS
             CHAPTER 13 TRUSTEE
                  Movant                CASE NO: 5-22-01977-MJC

             vs.

             LINDA ANNE MECCA
             AKA: LINDA MECCA, LINDA A.
             MECCA

<u>**ORDER DISMSSING CASE**</u>

       Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed.  The Court retains jurisdiction to rule on any timely filed fee application.