UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

```
IN RE:                                    :
LINDA ANNE MECCA                          :     CASE NO. 5-22-01977
                                          :
                    Debtor                :     CHAPTER 13
****************************************************************************
U.S. BANK TRUST NATIONAL                  :
ASSOCIATION, NOT IN ITS INDIVIDUAL        :
CAPACITY, BUT SOLELY AS                   :
TRUSTEE OF LSF9 MASTER                    :
PARTICIPATION TRUST                       :
                                          :
                    Movant,               :
                                          :
    vs.                                   :
LINDA ANNE MECCA                          :
                                          :
                    Respondents.          :
****************************************************************************
```

### DEBTOR'S ANSWER TO MOTION FOR RELIEF FROM AUTOMATIC STAY UNDER SECTION 362
****************************************************************************

AND NOW COMES, Linda Anne Mecca, the Debtor, and files an Answer to YS Bank NA's Motion for Relief From the Automatic Stay:

1. Linda Anne Mecca (hereinafter the "Debtor") filed a Chapter 13 bankruptcy proceeding with the U.S. Bankruptcy Court for the Middle District of Pennsylvania.

2. Movant alleges that Debtor has failed to make post-petition mortgage payments.

3. Debtor has filed an Amended Chapter 13 Plan to include the post-petition mortgage arrears.

4. In the event there remains an arrears, the Debtor wishes to enter into a Stipulation to include the remaining arrears over a six (6) month period.

5. Movant is not entitled to relief from the automatic stay as the arrearage amount due has been paid or shall be paid through the Chapter 13 Plan, and/or a six (6) month Stipulation, and, therefore, the Movant is adequately protected.

WHEREFORE, the Debtors respectfully request that Movant's Motion for Relief from the Automatic Stay be denied.

Respectfully submitted,

Date: September 10, 2023

/s/Tullio DeLuca
Tullio DeLuca, Esquire
PA ID# 59887
381 N. 9th Avenue
Scranton, PA 18504
(570) 347-7764

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| LINDA ANNE MECCA | : | CASE NO. 5-22-01977 |
| | : | |
| Debtor | : | CHAPTER 13 |

*************************************************************************

| | | |
|---|---|---|
| U.S. BANK TRUST NATIONAL | : | |
| ASSOCIATION, NOT IN ITS INDIVIDUAL: | | |
| CAPACITY, BUT SOLELY AS | : | |
| TRUSTEE OF LSF9 MASTER | : | |
| PARTICIPATION TRUST | : | |
| | : | |
| Movant, | : | |
| | : | |
| vs. | : | |
| LINDA ANNE MECCA | : | |
| | : | |
| Respondents. | : | |

*************************************************************************

## CERTIFICATE OF SERVICE
*************************************************************************

The undersigned hereby certifies that on September 10, 2023, he caused a true and correct copy of Debtors' Answer to US Bank, NA's Motion for Relief from the Automatic Stay to be served Via First Class United States Mail, Postage Pre-paid in the above-referenced case, on the following:

Jack N. Zaharopoulos, Esq. at info@pamd13trustee.com

Brian C. Nicholas, Esq. at bnicholas@kmllawgroup.com

Dated: September 10, 2023  /s/Tullio DeLuca
Tullio DeLuca, Esquire