UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In re:

LINDA MECCA

\* Debtor

Case Number: **5-22-01977**
Chapter: **13**

## CERTIFICATE OF MAILING

The undersigned employee in the office of:

Tullio DeLuca, Esquire

hereby certifies that a copy of the attached Notice and Motion to Suspend Trustee Payment was mailed today to all parties named on the mailing list attached hereto by regular first class mail.

**DATED: September 11, 2023**

SIGNED: *Kaylee Matthews*

TITLE: /s/Legal Assistant

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| IN RE: | : |
| LINDA MECCA | : CHAPTER 13 |
| | : |
| | : CASE NO. 5-22-01977 |
| DEBTOR | : |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| LINDA MECCA | : |
| | : |
| MOVANT | : |
| VS. | : |
| JACK N. ZAHAROPOULOS ESQ. | : |
| RESPONDENT | : |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**MOTION TO SUSPEND TEMPORARILY TRUSTEE PAYMENTS**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

AND NOW COMES, the Debtor, Linda Mecca, by and through his attorney, Tullio DeLuca, Esquire, and respectfully represents:

1. That the Debtor filed a Chapter 13 Petition on October 13, 2022.

2. That Debtor's Chapter 13 Plan provides for monthly payments of $350.00 to the Chapter 13 Trustee to pay attorney and Trustee fees and secured creditors.

3. Debtor has experienced a temporary loss of income due to unemployment..

4. Therefore, Debtor is not in a position to make the Trustee payments until his immediate problem stabilizes and regains income to satisfy the Chapter 13 Plan.

5. In light of the above, Debtor requests a Temporary Suspension of her Trustee payments for a period of three (3) months or earlier starting in the month of September 2023. If Debtor's immediate problem stabilizes, Debtor will commence Trustee payments sooner.

WHEREFORE, the Debtor respectfully requests that this Court enter an Order allowing for a suspension of Trustee's monthly payments for a period of at least three (3) months and directing the Debtor to commence making monthly payments sooner if Debtor's immediate problem stabilizes.

Respectfully submitted,

Dated: September 8, 2023

/s/Tullio DeLuca
Tullio DeLuca, Esquire
PA ID # 59887
381 N. 9th Avenue
Scranton, Pa 18504
(570) 347-7764
Attorney for Debtor

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

*************************************************************************

IN RE:
LINDA MECCA : CHAPTER 13
:
: CASE NO. 5-22-01977
DEBTOR :

*************************************************************************

LINDA MECCA :
:
MOVANT :
VS. :
JACK N. ZAHAROPOULOS ESQ. :
RESPONDENT :

*************************************************************************

## ORDER

*************************************************************************

After notice and service to creditors and parties in interest under FRBP 9013 and upon consideration of the Debtor's Motion to Suspend Temporarily Trustee Payments, it is hereby **ORDERED, ADJUDGED AND DECREED** by this Honorable Court that the Debtor's Motion to Suspend Temporarily Trustee Payments is granted and the Debtor is allowed to suspend payments to the Chapter 13 Trustee for a period of three (3) months from September 2023 to November 2023 due to loss of income and it is further ordered that if the Debtor return to gainful employment prior to the three (3) month period, Debtor, is ordered to commence making monthly payments to the Chapter 13 Trustee.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

*****************************************************************

IN RE: :
LINDA MECCA : CHAPTER 13
 :
 : CASE NO. 5-22-01977
 DEBTOR :

*****************************************************************

LINDA MECCA :
 :
 MOVANT :
 VS. :
JACK N. ZAHAROPOULOS ESQ. :
 RESPONDENT :

*****************************************************************
**NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST**
*****************************************************************

NOTICE OF OPPORTUNITY TO OBJECT AND HEARING: Pursuant to Local Rule 2002-1(a), the Court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest files an objection/response on or before **October 2, 2023.** If you object to the relief requested, you must file your objection/response with the Clerk of Court and serve a copy on the movant and movant's attorney, if one is designated.

If you file and serve an objection/response within the time permitted, the Court may schedule a hearing and you will be notified. If you do not file an objection within the time permitted, the Court will deem the motion unopposed and proceed to consider the motion without further notice or hearing, and may grant the relief requested.

Date: September 11, 2023      Clerk, U.S. Bankruptcy Court
                              197 South Main Street
Tullio DeLuca, Esquire        Wilkes-Barre, PA 18701
PA ID# 59887
Attorney for Debtors/Movants
381 N. 9th Avenue
Scranton, PA 18504

| | | |
|---|---|---|
| Fay Servicing LLC as servicer for U.S. Bank<br>Hill Wallack LLP<br>777 Township Line Road, Suite 250<br>Yardley, PA 19067-5565 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | MCCALLA RAYMER LEIBERT PIERCE LLC<br>ATTN ATTN WENDY REISS<br>1544 OLD ALABAMA ROAD<br>ROSWELL GA 30076-2102 |
| Ability Recovery Svcs. LLC<br>P.O. Box 4031<br>Wyoming, PA 18644-0031 | Alliant Capital Management - HDH<br>c/o Weinstein & Riley, P.S.<br>2001 Western Ave., Ste. 400<br>Seattle, WA 98121-3132 | Arrow Financial Services<br>5996 W. Touhy Ave.,<br>Niles, IL 60714-4610 |
| Brittany Mecca<br>318 Elizabeth St<br>Dunmore, PA 18512-2955 | CCS Collections<br>725 Canton St.<br>Norwood, MA 02062-2679 | Cavalry SPV I, LLC<br>PO Box 4252<br>Greenwich, CT 06831-0405 |
| Comenity Bank/Lane Bryant<br>Bankruptcy Department<br>P.O. Box 182125<br>Columbus, OH 43218-2125 | Credit One Bank<br>P.O. Box 98872<br>Las Vegas, NV 89193-8872 | Dept of Ed/Nelnet<br>121 South 13th St<br>Lincoln, NE 68508-1904 |
| Fay Servicing<br>P.O. Box 220720<br>Chicago, IL 60622-0720 | Fidelity Deposit & Discount Bank<br>338 N. Washington Avenue<br>Scranton, PA 18503-1554 | First Premier Bank<br>3820 N. Louise Ave<br>Sioux Falls, SD 57107-0145 |
| John A. Mecca<br>318 Elizabeth St.<br>Dunmore, PA 18512-2955 | LVNV Funding, LLC c/o Resurgent Capital Serv<br>PO Box 10587<br>Greenville, SC 29603-0587 | Midland Credit Management<br>350 Camino De La Reina<br>Suite 100<br>San Diego, CA 92108-3007 |
| Midland Credit Management, Inc<br>PO Box 2037<br>Warren, MI 48090-2037 | Quantum3 Group LLC as agent for<br>Sadino Funding LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Security Credit Services<br>306 Enterprise Dr<br>Oxford, MS 38655-2762 |
| The Bureaus, Inc.<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | U.S. Bank Trust National Association, et al.<br>Fay Servicing, LLC<br>PO Box 814609<br>Dallas, TX 75381-4609 | US DEPARTMENT OF EDUCATION<br>C/O NELNET<br>121 SOUTH 13TH STREET<br>LINCOLN, NE 68508-1904 |
| United States Trustee<br>228 Walnut Street, Suite 1190<br>Harrisburg, PA 17101-1722 | JACK N ZAHAROPOULOS<br>ATTN CHAPTER 13 TRUSTEE<br>8125 ADAMS DRIVE SUITE A<br>HUMMELSTOWN PA 17036-8625 | |