United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-01977-MJC |
| Linda Anne Mecca | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Sep 13, 2023 | Form ID: pdf010 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 15, 2023:**

**Recip ID**    **Recipient Name and Address**
+   SAINT JOSEPH CENTER, 2010 ADAMS AVENUE, SCRANTON, PA 18509-1599

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 15, 2023    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 13, 2023 at the address(es) listed below:

**Name**    **Email Address**

Brian Nicholas
    on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity, but solely as Trustee of LSF9 Master Participation Trust bnicholas@kmllawgroup.com

Jack N Zaharopoulos
    TWecf@pamd13trustee.com

Jill E Durkin
    on behalf of Creditor Fidelity Deposit and Discount Bank jilldurkinesq@gmail.com psheldon@sheilslaw.com

Kaitlin Shire
    on behalf of Creditor Fay Servicing LLC as servicer for U.S. Bank Trust National Association not in its individual capacity, but solely as Trustee of LSF10 Master Participation Trust kshire@hillwallack.com, ldejesus@hillwallack.com;lharkins@ecf.courtdrive.com;hwbknj@hillwallack.com;aemberger@ecf.courtdrive.com

Michael Patrick Farrington
    on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity, but solely as Trustee of LSF9 Master

Participation Trust mfarrington@kmllawgroup.com

Tullio DeLuca
on behalf of Debtor 1 Linda Anne Mecca tullio.deluca@verizon.net

United States Trustee
ustpregion03.ha.ecf@usdoj.gov

TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
*************************************************************************

| | |
|---|---|
| IN RE: LINDA ANNE MECCA : | |
| : | CHAPTER 13 |
| : | |
| : | CASE NO. 5:22-bk-01977-MJC |
| DEBTOR : | |

*************************************************************************

| | |
|---|---|
| LINDA MECCA : | |
| : | |
| MOVANT : | |
| vs. : | |
| SAINT JOSEPH CENTER : | |
| JACK N. ZAHAROPOULOS ESQ. : | |
| RESPONDENTS : | |

*************************************************************************
**ORDER**
*************************************************************************

    Upon consideration of the above-named Debtor having filed a Petition under Chapter 13 of the Bankruptcy Code and having submitted all future income to the jurisdiction of this Court in accordance with statute,

    **IT IS THEREFORE ORDERED** that until further Order of this Court, the entity from whom the Debtor, LINDA MECCA, receives income:

SAINT JOSEPH CENTER
2010 ADAMS AVENUE
SCRANTON, PA 18509

deduct from said Debtor's income the sum of $175.00 from each bi-weekly paycheck starting in December 2023 following receipt of this Order and deduct a similar amount each pay period thereafter, including any period from which the Debtor receives a periodic or lump sum payment as a result of vacation, termination, or any benefits payable to the above Debtor and to remit the deductible sums to:

JACK N. ZAHAROPOULOS, ESQUIRE
CHAPTER 13 TRUSTEE
PO BOX 6008
MEMPHIS, TN 38101-6008

    **IT IS FURTHER ORDERED** that the employer from whom the Debtor receives income shall notify the Trustee if the Debtor's income is terminated and the reason therefore.

**IT IS FURTHER ORDERED** that all remaining income of the Debtor except the amounts required to be withheld for taxes, social security, insurance, pension, or union dues be paid to the Debtor in accordance with the usual payment procedure.

**IT IS FURTHER ORDERED** that the employer will place the case number 5-22-01977 on all checks being forwarded to the Trustee to ensure proper accounting of the funds.

**IT IS FURTHER ORDERED** that this Order supersedes previous Orders made to the subject entity in this case.

**IT IS FURTHER ORDERED** that this Order will terminate without further Order, eight (8) months from the Date of this Order, if it is not terminated by an earlier Order from this Court.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: September 13, 2023