IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANI
WILKES-BARRE DIVISION

| | | |
|---|---|---|
| In Re: ) | Chapter 13 | |
| Linda Anne Mecca, ) | | |
| ) | Case Number 5:22-bk-01977-MJC | |
| Debtor ) | | |
| | | |
| Fidelity Deposit and Discount Bank, ) | | |
| ) | | |
| Movant ) | | |
| ) | | |
| v. ) | | |
| ) | | |
| Linda Anne Mecca, ) | | |
| ) | | |
| Respondent ) | | |

## NOTICE OF HEARING

Notice is hereby given that Movant, Fidelity Deposit and Discount Bank, filed a Motion for Relief on September 21, 2023, concerning a 2017 Chrysler 200 Sedan, VIN No. xxxx505322.

If you object to the relief requested, you must file your objection/response on or before October 9, 2023 with the Clerk of Bankruptcy Court, 197 South Main Street, Wilkes-Barre, PA 18701.

If you file and serve an objection/response within the time permitted, a hearing will be held on November 7, 2023 at 10:00am at the United States Courthouse, 197 S. Main Street, Wilkes-Barre, PA 18701. If you do not file an objection/response within the time permitted the Court will deem the motion unopposed and proceed to consider the motion without further notice or hearing and may grant the relief requested.

DURKIN LAW, LLC

Dated: September 25, 2023

s/ Jill E. Durkin_____
Jill E. Durkin, Esquire
Attorney for Fidelity Deposit and Discount Bank
401 Marshbrook Road
Factoryville, PA 18419
(570) 881-4158 – Telephone
jilldurkinesq@gmail.com
*Attorney for Movant*