IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANI
WILKES-BARRE DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 13 |
| Linda Anne Mecca, | ) | |
| | ) | Case Number 5:22-bk-01977-MJC |
| Debtor | ) | |

| | |
|---|---|
| Fidelity Deposit and Discount Bank, | ) |
| | ) |
| Movant | ) |
| | ) |
| v. | ) |
| | ) |
| Linda Anne Mecca, | ) |
| | ) |
| Respondent | ) |

**CERTIFICATE OF SERVICE**

I Jill E. Durkin, Esquire, hereby certify that on this 25th day of September, 2023, a true and correct copy of the attached MOTION FOR RELIEF FROM AUTOMATIC STAY, with supporting exhibits, Notice of Hearing, Certificate of Nonconcurrence, and proposed Order Granting Stay Relief was served:

VIA CM/ECF system to the following:

Tullio DeLuca, Esquire
381 N. 9th Avenue
Scranton, PA  18504
Tullio.deluca@verizon.net

United States Trustee
1501 North 6th Street
Harrisburg, PA  17102

Jack N. Zaharopoulos, Esquire
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA  17036
Jackz@pamd13trustee.com

PRA Receivables Management, LLC
P O Box 41021
Norfolk, VA  23541
Claims_RMSC@PRAGroup.com

VIA First Class Mail to the following:

U. S. Bank Trust National Association, not in its individual capacity, but solely as Trustee of LSF10 Master Participation Trust
c/o MCCALLA RAYMER LEIBERT PIERCE, LLC
Bankruptcy Department
1544 Old Alabama Road
Roswell, GA 30076

                                      DURKIN LAW, LLC

Dated: September 25, 2023                    s/ Jill E. Durkin_____
                                                    Jill E. Durkin, Esquire
                                                    Attorney for Fidelity Deposit and Discount Bank
                                                    401 Marshbrook Road
                                                    Factoryville, PA 18419
                                                    (570) 881-4158 – Telephone
                                                    jilldurkinesq@gmail.com
                                                    *Attorney for Movant*