UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| LINDA ANNE MECCA | : | CASE NO. 5-22-01977 |
| | : | |
| Debtor | : | CHAPTER 13 |

***************************************************************************

| | | |
|---|---|---|
| FIDELITY DEPOSIT AND DISCOUNT BANK | : | |
| | : | |
| Movant, | : | |
| vs. | : | |
| | : | |
| LINDA ANNE MECCA | : | |
| Respondents. | : | |

***************************************************************************

### DEBTOR'S ANSWER TO MOTION FOR RELIEF FROM AUTOMATIC STAY UNDER SECTION 362

***************************************************************************

AND NOW COMES, Linda Anne Mecca, and files an Answer to Fidelity Deposit and Discount Bank's Motion for Relief From the Automatic Stay:

1. Linda Anne Mecca, (hereinafter the "Debtor") filed a Chapter 13 bankruptcy proceeding with the U.S. Bankruptcy Court for the Middle District of Pennsylvania.

2. Jack N. Zaharopoulos was appointed the Chapter 13 Trustee.

3. Under the Chapter 13 Plan, Debtor was to make regular monthly payments to the Movant outside of the Plan.

4. Movant alleges that Debtor has failed to make monthly car lease payments.

5. Debtor indicated that she will be in a position to bring the lease payments current within two (2) weeks from her husband's Workers Compensation check.

6. In the event there remains an arrears, the Debtor wishes to enter into a Stipulation to cure the arrears by including them in an amended Plan.

Case 5:22-bk-01977-HWV    Doc 77    Filed 10/09/23    Entered 10/09/23 16:23:54    Desc
Main Document    Page 1 of 3

7. Movant is not entitled to relief from the automatic stay as there is equity in the property encumbered by Movant's security interest, arrearage amount due has been paid or shall be paid through the Chapter 13 Plan, and, therefore, the Movant is adequately protected.

WHEREFORE, the Debtor respectfully requests that Movant's Motion for Relief from the Automatic Stay be denied.

Respectfully submitted,

Date: October 9, 2023

/s/Tullio DeLuca
Tullio DeLuca, Esquire
PA ID# 59887
381 N. 9th Avenue
Scranton, PA 18504
(570) 347-7764

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: :
LINDA ANNE MECCA : CASE NO. 5-22-01977
:
Debtor : CHAPTER 13

******************************************************************************

FIDELITY DEPOSIT AND DISCOUNT :
BANK :
:
Movant, :
vs. :
:
LINDA ANNE MECCA :
Respondents. :

******************************************************************************

## CERTIFICATE OF SERVICE

******************************************************************************

The undersigned hereby certifies that on October 9, 2023, he caused a true and correct copy of Debtor's Answer to Fidelity Deposit and Discount Bank's Motion for Relief from the Automatic Stay to be served via electronic filing to the CM/ECF participant at the following:

Jack N. Zaharopoulos, Esq. at info@pamd13trustee.com

Jill Durkin, Esq. at jilldurkinesq@gmail.com

Date: October 9, 2023         /s/Tullio DeLuca
                              Tullio DeLuca, Esq.