UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| LINDA ANNE MECCA | : | |
|    Debtor(s) | : | CASE NO. 5:22-bk-01977-MJC |
| | : | |
| | : | |
| JACK N. ZAHAROPOLOUS | : | |
| CHAPTER 13 TRUSTEE | : | |
|    Movant | : | |
| | : | |
| | : | |
|    vs | : | |
| | : | |
| LINDA ANNE MECCA | : | |
|    Respondent(s) | : | |

## CERTIFICATE OF DEFAULT

    AND NOW on April 29, 2024, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, through his attorney, Agatha R. McHale, Esquire, and certifies that Debtor(s) entered into a Stipulation on August 25, 2023 ("the Stipulation") to resolve Trustee's Motion to Dismiss for Material Default, and subsequently, Debtor(s) defaulted on the Stipulation by failing to:

1.    Make the regular monthly payments to the Trustee during the remaining term of the Plan.

    As of April 29, 2024, the Debtor(s) is/are $1,400.00 in arrears with no Plan Payments having last been made.

    In accordance with the Stipulation, the case may be dismissed.

Date:   April 29, 2024

    /s/ Agatha R. McHale, Esquire
    ID: 47613
    Attorney for Trustee
    Jack N. Zaharopoulos
    Standing Chapter 13 Trustee
    Suite A, 8125 Adams Drive
    Hummelstown, PA 17036
    Phone: (717) 566-6097
    email: amchale@pamd13trustee.com

# CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on April 29, 2024, I served a copy of this Certificate of Default on the following parties by First Class Mail from Hummelstown, PA, unless served electronically.

Served Electronically
TULLIO DeLUCA, ESQUIRE
381 N 9TH AVENUE
SCRANTON, PA 18504
Attorney for Debtor(s)

UNITED STATED TRUSTEE
1501 NORTH 6TH STREET
BOX 302
HARRISBURG, PA 17102

Served by First Class Mail
LINDA ANNE MECCA
318 ELIZABETH STREET
DUNMORE, PA 18512
Debtor(s)

/s/Tammy Life
Tammy Life
Office of the Standing Chapter 13 Trustee
Jack N. Zaharopoulos
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone: (717) 566-6097
email: tlife@pamd13trustee.com