UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| LINDA ANNE MECCA | : | CASE NO. 5-22-01977 |
| | : | |
| Debtor | : | CHAPTER 13 |

*************************************************************************

| | | |
|---|---|---|
| U.S. BANK TRUST NATIONAL | : | |
| ASSOCIATION, NOT IN ITS INDIVIDUAL | : | |
| CAPACITY, BUT SOLELY AS | : | |
| TRUSTEE OF LSF9 MASTER | : | |
| PARTICIPATION TRUST | : | |
| | : | |
| Movant, | : | |
| | : | |
| vs. | : | |
| LINDA ANNE MECCA | : | |
| | : | |
| Respondents. | : | |

*********************************************************************** **************************

**OBJECTION TO CERTIFICATION OF DEFAULT**
***********************************************************************************************

NOW COMES, Linda Anne Mecca, the above Debtor, by and through her counsel, Tullio DeLuca, Esq., and files this Objection to Certification of Default and states the following:

    1. Movant filed a Motion for Relief from the Automatic Stay due to a default in monthly payments.

    2. On June 7, 2024, Movant filed a Certificate of Default stating that the Debtor has failed to cure the arrears.

    3. Debtor made a payment to Movant in the amount of $450.00 on June 7, 2024. Debtor has another payment scheduled on June 14, 2024 in the amount of $900.00.

    4. The Debtor requests that a hearing be scheduled on the Objection to the Certificate of Default.

WHEREFORE, the Debtor respectfully requests that this Honorable Court sustain the Objection to the Certification of Default and deny the granting of relief from the automatic stay.

Respectfully submitted,

Date: June 9, 2024 /s/Tullio DeLuca
Tullio DeLuca, Esquire

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| LINDA ANNE MECCA | : | CASE NO. 5-22-01977 |
| | : | |
| Debtor | : | CHAPTER 13 |

**************************************************************************

| | |
|---|---|
| U.S. BANK TRUST NATIONAL | : |
| ASSOCIATION, NOT IN ITS INDIVIDUAL | : |
| CAPACITY, BUT SOLELY AS | : |
| TRUSTEE OF LSF9 MASTER | : |
| PARTICIPATION TRUST | : |
| | : |
| Movant, | : |
| | : |
| vs. | : |
| LINDA ANNE MECCA | : |
| | : |
| Respondents. | : |

**************************************************************************

## CERTIFICATE OF SERVICE
**************************************************************************

The undersigned hereby certifies that on June 9, 2024, he caused a true and correct copy of Debtor's Objection to Certification of Default to be served Via electronic filing on the following CM/ECF participants:

    Jack N. Zaharopoulos, Esq. at info@pamd13trustee.com

    Denise Carlon, Esq. at DCarlon@kmllawgroup.com

Date of Mailing: June 9, 2024    /s/Tullio DeLuca
                                              Tullio DeLuca, Esquire