UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: :
LINDA ANNE MECCA : CASE NO. 5-22-01977
:
Debtor : CHAPTER 13
*************************************************************************
U.S. BANK TRUST NATIONAL :
ASSOCIATION, NOT IN ITS INDIVIDUAL:
CAPACITY, BUT SOLELY AS :
TRUSTEE OF LSF9 MASTER :
PARTICIPATION TRUST :
:
Movant, :
:
vs. :
LINDA ANNE MECCA :
:
Respondents. :

*************************************************************************

## REQUEST TO CONTINUE HEARING/TRIAL WITH CONCURRENCE

This request must be filed at least twenty-four (24) hours prior to the hearing. All requests must be approved by the Court. Submitting a request is not an automatic continuance.

The undersigned hereby requests a continuance with the concurrence of the opposing party(parties). This is a first request for a continuance

Reason for continuance: **The parties are in the process of resolving the matter and additional time is needed.**

Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: July 8, 2024            /s/Tullio DeLuca
                               Attorney for Linda Ann Mecca
                               Name: Tullio DeLuca, Esq.
                               Phone No. (570) 347-7764

| | | |
|---|---|---|
| IN RE: | : | |
| LINDA ANNE MECCA | : | CASE NO. 5-22-01977 |
| | : | |
| Debtor | : | CHAPTER 13 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

U.S. BANK TRUST NATIONAL :
ASSOCIATION, NOT IN ITS INDIVIDUAL :
CAPACITY, BUT SOLELY AS :
TRUSTEE OF LSF9 MASTER :
PARTICIPATION TRUST :
 :
             Movant, :
 :
vs. :
LINDA ANNE MECCA :
 :
            Respondents. :

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## CERTIFICATE OF SERVICE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The undersigned hereby certifies that on July 8, 2024, he caused a true and correct copy of Debtor's Request to Continue Hearing/Trial to be served Via electronic filing on the following CM/ECF participants:

    Jack N. Zaharopoulos, Esq. at info@pamd13trustee.com

    Denise Carlon, Esq. at DCarlon@kmllawgroup.com

Date of Mailing: July 8, 2024                   /s/Tullio DeLuca
                                                               Tullio DeLuca, Esquire