UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: :
LINDA ANNE MECCA : CASE NO. 5-22-01977
 :
Debtor : CHAPTER 13

***

U.S. BANK TRUST NATIONAL :
ASSOCIATION, NOT IN ITS INDIVIDUAL :
CAPACITY, BUT SOLELY AS :
TRUSTEE OF LSF9 MASTER :
PARTICIPATION TRUST :
 :
Movant, :
 :
vs. :
LINDA ANNE MECCA :
 :
Respondents. :

***

## PRAECIPE TO WITHDRAW DEBTOR'S OBJECTION TO CERTIFICATE OF DEFAULT

***

AND NOW COMES, the Debtor, Linda Anne Mecca, by and through her attorney, Tullio DeLuca, Esq., and requests the withdrawal of Debtor's Objection to US Bank's Certificate of Default. Opposing Counsel consents to the withdrawal.

Respectfully submitted,

Date: October 8, 2024         /s/Tullio DeLuca
                              Tullio DeLuca, Esq.,
                              PA ID# 59887
                              Attorney for Debtor
                              381 N. 9th Avenue
                              Scranton, PA 18504

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| LINDA ANNE MECCA | : | CASE NO. 5-22-01977 |
| | : | |
| Debtor | : | CHAPTER 13 |

*************************************************************************

| | | |
|---|---|---|
| U.S. BANK TRUST NATIONAL | : | |
| ASSOCIATION, NOT IN ITS INDIVIDUAL | : | |
| CAPACITY, BUT SOLELY AS | : | |
| TRUSTEE OF LSF9 MASTER | : | |
| PARTICIPATION TRUST | : | |
| | : | |
| Movant, | : | |
| | : | |
| vs. | : | |
| LINDA ANNE MECCA | : | |
| | : | |
| Respondents. | : | |

*************************************************************************
**CERTIFICATE OF SERVICE**
*************************************************************************

The undersigned hereby certifies that on October 8, 2024, he caused a true and correct copy of Debtor's Praecipe to Withdraw Debtor's Objection to the Certificate of Default, to be served via electronic filing on the following CM/ECF users:

Jack N. Zaharopoulos, Esq. at info@pamd13trustee.com

Denise Carlon, Esq. at DCarlon@kmllawgroup.com

Date:  October 8, 2024                   /s/Tullio DeLuca
                                         Tullio DeLuca, Esq.