United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-01977-HWV |
| Linda Anne Mecca | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Oct 08, 2024 | Form ID: pdf010 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 10, 2024:**

**Recip ID    Recipient Name and Address**
+   MR. JOHN A. MECCA, 318 ELIZABETH STREET, DUNMORE, PA 18512-2955

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 10, 2024        Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 8, 2024 at the address(es) listed below:**

**Name    Email Address**

Brent J Lemon
    on behalf of Creditor Fay Servicing LLC as servicer for U.S. Bank Trust National Association not in its individual capacity, but solely as Trustee of LSF10 Master Participation Trust blemon@kmllawgroup.com

Brent J Lemon
    on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity, but solely as Trustee of LSF9 Master Participation Trust blemon@kmllawgroup.com

Denise E. Carlon
    on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity, but solely as Trustee of LSF9 Master Participation Trust bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com

Jack N Zaharopoulos
    TWecf@pamd13trustee.com

Jill E Durkin
    on behalf of Creditor Fidelity Deposit and Discount Bank jilldurkinesq@gmail.com psheldon@sheilslaw.com

| | |
|---|---|
| Kaitlin Shire | on behalf of Creditor Fay Servicing LLC as servicer for U.S. Bank Trust National Association not in its individual capacity, but solely as Trustee of LSF10 Master Participation Trust kshire@hillwallack.com, ldejesus@hillwallack.com;lharkins@ecf.courtdrive.com;hwbknj@hillwallack.com;aemberger@ecf.courtdrive.com |
| Tullio DeLuca | on behalf of Debtor 1 Linda Anne Mecca tullio.deluca@verizon.net |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 8

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Linda Anne Mecca aka Linda A. Mecca aka Linda Mecca<br>　　　　　　Debtor(s) | Chapter 13 |
| U.S. Bank Trust National Association, not in its individual capacity, but solely as Trustee of LSF9 Master Participation Trust<br>　　　　　　Movant<br>　　v.<br>Linda Anne Mecca aka Linda A. Mecca aka Linda Mecca<br>　　　　　　Debtor(s)<br>John A. Mecca<br>　　　　　　Co-Debtor<br>Jack N Zaharopoulos<br>　　　　　　Trustee | CASE NO. 5:22-bk-01977-HWV<br><br>11 U.S.C. Sections 362 and 1301 |

## ORDER

Upon consideration of the Certification of Default filed by the Movant in accordance with the Stipulation of the parties approved on October 13, 2023, Doc. 99, and it appearing that all outstanding objections have been withdrawn, Doc. 113, and the hearing held on October 8, 2024, for the reasons stated on the record, it is

**ORDERED** that the Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362 and the Co-Debtor Stay under Section 1301 of the Bankruptcy Code (if applicable), is modified with respect to the subject premises located at 318 Elizabeth Street, Dunmore, PA 18512 ("Property"), so as to allow Movant, and its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property. The stay provided by Federal Rule of Bankruptcy Procedure 4001(a)(3) has been waived.

By the Court,

_Henry W. Van Eck_
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: October 8, 2024