UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: LINDA ANNE MECCA
AKA: LINDA MECCA, LINDA A. MECCA

CHAPTER 13

Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
    Movant

CASE NO: 5-22-01977-HWV

LINDA ANNE MECCA
AKA: LINDA MECCA, LINDA A. MECCA

    Respondent(s)

### **CERTIFICATION OF DEFAULT**

AND NOW on February 3, 2025, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, through his attorney, Agatha R. McHale, Esquire, and certifies that the above named debtor(s) entered into a Stipulation to resolve the Trustee's Motion to Dismiss for Material Default and subsequently Debtor(s) defaulted on the stipulation by failing to:

- make the regular monthly payments to the Trustee during the remaining term of the plan

As of February 3, 2025, the Debtor(s) is/are $2100.00 in arrears a plan payment having last been made on September 3, 2024.

In accordance with said stipulation, the case may be dismissed upon certification of the Trustee without further notice or hearing.

Dated: February 3, 2025

Respectfully submitted,

/s/ Agatha R. McHale, Esquire
ID: 47613
Attorney for Trustee
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
email: amchale@pamd13trustee.com

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: LINDA ANNE MECCA
AKA: LINDA MECCA, LINDA A. MECCA

CHAPTER 13

Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
    Movant

CASE NO: 5-22-01977-HWV

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on February 3, 2025, I served a copy of this Certificate of Default on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

<u>Served Electronically</u>
TULLIO DeLUCA, ESQUIRE
381 N 9TH AVENUE
SCRANTON PA 18504-

UNITED STATES TRUSTEE
1501 NORTH 6TH STREET
BOX 302
HARRISBURG, PA 17102

<u>Served by First Class Mail</u>
LINDA ANNE MECCA
318 ELIZABETH STREET
DUNMORE PA 18512

I certify under penalty of perjury that the foregoing is true and correct.

Date: February 3, 2025

/s/ Tammy Life
Office of the Standing Chapter 13 Trustee
Jack N. Zaharopoulos
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone: (717) 566-6097
email: info@pamd13trustee.com