United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                   Case No. 22-01977-HWV
Linda Anne Mecca                                    Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5                               User: AutoDocke                                               Page 1 of 3
Date Rcvd: Feb 04, 2025                         Form ID: pdf010                                         Total Noticed: 30

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 06, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Linda Anne Mecca, 318 Elizabeth Street, Dunmore, PA 18512-2955 |
| cr | + | Fay Servicing LLC as servicer for U.S. Bank Trust, Hill Wallack LLP, 777 Township Line Road, Suite 250, Yardley, PA 19067-5565 |
| cr | + | Fidelity Deposit and Discount Bank, 338 N. Washington Avenue, Scranton, PA 18503-1554 |
| 5500928 | + | Arrow Financial Services, 5996 W. Touhy Ave.,, Niles, IL 60714-4610 |
| 5500929 | #+ | Brittany Mecca, 318 Elizabeth St., Dunmore, PA 18512-2955 |
| 5500934 | + | Fay Servicing, P.O. Box 220720, Chicago, IL 60622-0720 |
| 5500935 | + | Fidelity Deposit & Discount Bank, 101 North Blakely Street, Dunmore, PA 18512-1900 |
| 5530263 | + | Fidelity Deposit and Discount Bank, 338 North Washington Avenue, Scranton, PA 18503-1554 |
| 5500937 | + | John A. Mecca, 318 Elizabeth St., Dunmore, PA 18512-2955 |
| 5500938 | + | John Mecca, 318 Elizabeth St., Dunmore, PA 18512-2955 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: BankruptcyECFMail@mccalla.com | Feb 04 2025 18:45:00 | U.S. Bank Trust National Association, not in its i, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 04 2025 18:48:11 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5500927 | + | Email/Text: mnapoletano@ars-llc.biz | Feb 04 2025 18:45:00 | Ability Recovery Svcs. LLC, P.O. Box 4031, Wyoming, PA 18644-0031 |
| 5511849 | + | Email/Text: bncmail@w-legal.com | Feb 04 2025 18:45:00 | Alliant Capital Management - HDH, c/o Weinstein & Riley, P.S., 2001 Western Ave., Ste. 400, Seattle, WA 98121-3132 |
| 5500930 | | Email/Text: bankruptcy_notifications@ccsusa.com | Feb 04 2025 18:45:00 | CCS Collections, 725 Canton St., Norwood, MA 02062-2679 |
| 5507576 | + | Email/Text: bankruptcy@cavps.com | Feb 04 2025 18:45:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 5500931 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 04 2025 18:45:00 | Comenity Bank/Lane Bryant, Bankruptcy Department, P.O. Box 182125, Columbus, OH 43218-2125 |
| 5500932 | + | Email/PDF: creditonebknotifications@resurgent.com | Feb 04 2025 18:47:59 | Credit One Bank, P.O. Box 98872, Las Vegas, NV 89193-8872 |
| 5500933 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Feb 04 2025 18:45:00 | Dept of Ed/Nelnet, 121 South 13th St, Lincoln, NE 68508-1904 |
| 5500936 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Feb 04 2025 18:48:11 | First Premier Bank, 3820 N. Louise Ave, Sioux Falls, SD 57107-0145 |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 5500939 | | Email/Text: tullio.deluca@verizon.net | Feb 04 2025 18:45:00 | Law offices of Tullio DeLuca, 381 N. 9th Avenue, Scranton, PA 18504 |
| 5509647 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 04 2025 18:48:12 | LVNV Funding, LLC c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5502036 | | Email/Text: BankruptcyECFMail@mccalla.com | Feb 04 2025 18:45:00 | U.S. Bank Trust National Association, not in its, c/o MCCALLA RAYMER LEIBERT PIERCE, LLC, Bankruptcy Department, 1544 Old Alabama Rd, Roswell, GA 30076 |
| 5500941 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 04 2025 18:45:00 | Midland Credit Management, 350 Camino De La Reina, Suite 100, San Diego, CA 92108-3007 |
| 5505521 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 04 2025 18:45:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5506071 | | Email/Text: bnc-quantum@quantum3group.com | Feb 04 2025 18:45:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5500942 | + | Email/Text: cs@securitycreditservicesllc.com | Feb 04 2025 18:44:00 | Security Credit Services, 306 Enterprise Dr, Oxford, MS 38655-2762 |
| 5501248 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 04 2025 18:48:12 | The Bureaus, Inc., c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5511914 | ^ | MEBN | Feb 04 2025 18:41:40 | U.S. Bank Trust National Association, et al., Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |
| 5503064 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Feb 04 2025 18:45:00 | US DEPARTMENT OF EDUCATION C/O NELNET, 121 SOUTH 13TH STREET, LINCOLN, NE 68508-1904 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5500940 | *+ | Linda Anne Mecca, 318 Elizabeth Street, Dunmore, PA 18512-2955 |
| 5576565 | * | U.S. Bank Trust National Association, et al., Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 06, 2025     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 4, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brent J Lemon | on behalf of Creditor Fay Servicing LLC as servicer for U.S. Bank Trust National Association not in its individual capacity, but solely as Trustee of LSF10 Master Participation Trust blemon@kmllawgroup.com |
| Brent J Lemon | on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity, but solely as Trustee of LSF9 Master Participation Trust blemon@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity, but solely as Trustee of LSF9 Master Participation Trust bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Jill E Durkin | on behalf of Creditor Fidelity Deposit and Discount Bank jilldurkinesq@gmail.com psheldon@sheilslaw.com |
| Kaitlin Shire | on behalf of Creditor Fay Servicing LLC as servicer for U.S. Bank Trust National Association not in its individual capacity, but solely as Trustee of LSF10 Master Participation Trust kshire@hillwallack.com, ldejesus@hillwallack.com;lharkins@ecf.courtdrive.com;hwbknj@hillwallack.com;aemberger@ecf.courtdrive.com |
| Tullio DeLuca | on behalf of Debtor 1 Linda Anne Mecca tullio.deluca@verizon.net |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| LINDA ANNE MECCA aka LINDA A. MECCA aka LINDA MECCA | Chapter: | 13 |
|---|---|---|
| Debtor 1 | Case No.: | 5:22-bk-01977-HWV |

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
vs.      Movant(s)

LINDA ANNE MECCA AKA: LINDA MECCA, LINDA A. MECCA
     Respondent(s)

## ORDER

Upon consideration of the Trustee's Certificate of Default, Doc. 117, and the Stipulation in settlement of the Trustee's prior Motion to Dismiss Case for Material Default, Doc. 52, it is

**ORDERED** that the above-captioned case is dismissed. Notwithstanding the dismissal of this case, the Court retains jurisdiction over timely requests for payment of compensation.

By the Court,

*/s/ Henry W. Van Eck/*
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: February 4, 2025